IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CARLOS PADILLA III,
          Plaintiff,          ) Case No.:
    V.
ANTHONY D. WILLS,
          Defendant.

SCANNED at MENARD and E-mailed
11/13/24 by JA 88 pages
Date      initials    No.

COMPLAINT WITH JURY DEMAND          24-2478-SPM

I. INTRODUCTION

1.) This is a Civil Rights action filed by Carlos Padilla III, a State prisoner housed at the Menard Correctional Center, for damages, declatory Judgment relief, and injunction relief under 42 U.S.C. §1983, alleging violations of his right to be free from Cruel and unusual punishment, under the totality of the Circumstances, as proscribed by the Eighth Amendment of the US. Constitution.

2.) Plaintiff is challenging the constitutionality of the allowance of a 90-Day yard denial pursuant to Pearson v. Ramos, 237 F.3d 881 (7th Cir. 2001).

3.) Plaintiff Padilla is requesting this Honorable Court to reconsider the standard for determining the point at which denying a prisoner access to exercise offends and/or violates the Eighth Amendment.

4.) On this issue plaintiff is seeking the court to to answer the questions proposed by the Seventh Circuit Judge Scudder in Johnson v. Prentice, 47 F.4th 529 (7th Cir. 2022) as it applies to both segregation and General Population individually, collectively, or cumulatively.

1 of 9

5.) Plaintiff is also challenging the constitutionality and practice of solitary confinement in segregation and General Population at Menard Correctional Center.

## II. JURISDICTION

6.) This Court has jurisdiction over the plaintiff's claims of violations of federal constitutional rights under 28 U.S.C. §§ 1331 and 1343, and has supplemental jurisdiction over plaintiff's state law tort claims under 28 U.S.C. §1367.

## III. PARTIES

7.) Plaintiff Carlos Padilla III, #y32600, spent over five (5) months in Menard's Solitary Confinement North 2 Segregation Housing Unit without access to outside exercise/yard recreation, religious services, and was confined to a small cell. He was only afforded three (3) hours of out-of-cell group therapy and had little to no access to Natural Sunlight. He is clinically diagnosed as suffering from Anxiety and Post-Traumatic Stress Disorder. He is serving a 15 year sentence at Menard for the Aggravated Discharge of a firearm of a Police Officer. He is located at Menard CC, P.O. Box 1000, Menard, IL 62259. He is Currently assigned housing in the High Aggression level East House on the Highest Aggression level gallery- 10 Gallery.

8.) Defendant Anthony D. Wills is the current Warden for Menard CC. He is employed by the Illinois Department of Corrections at Menard CC, P.O. Box 1000, Menard, Illinois 62259. He is in charge of the operations at Menard, and has the authority to provide yard to inmates at Menard. He is aware segregation was not, and still is not, receiving outside yard exercise. He is trained to understand the effects from the denial of yard and solitary confinement, and is aware of the casual connection

2 of 9

between the deprivation of yard and the use of solitary confinement, and the ailments plaintiff suffers from. He was made aware of plaintiff's ailments because of the yard denial and solitary confinement through kites and grievances. He is also aware of the harms stemming from solitary confinement and the denial of yard through the repeated litigation/lawsuits challenging the denial of yard and solitary confinement at Menard and through IDOC. He is sued in his individual and official capacities.

9.) Defendant Wills has acted and continues to act under the color of state law during all times relevant to this complaint.

## IV. LITIGATION HISTORY

10.) Plaintiff has litigated 5 lawsuits, and is currently pursuing a state Hubeas Corpus, pro se. He has filed 2 State of Illinois Court of Claims actions for personal injury - both were dismissed.

11.) He has litigated 3 42 U.S.C. §1983 actions in federal Court. Padilla v. Clark, No. 22-cv-1053 (USDC CDIL), Judge Colin S. Bruce, was dismissed at summary Judgment on qualified Immunity grounds. Padilla, et al. v. Hinthorne, et al., No. 22-cv-1217 (USDC CDIL), Judge James E. Shadid, this was voluntarily dismissed by Plaintiff Padilla. Padilla v. Bowton, No. 23-cv-1291 (USDC CDFL), Judge Michael M. Mihms, was dismissed for failing to state a claim - there was no formal strike issued against the plaintiff.

3 of 9

II. EXHAUSTION OF ADMINISTRATIVE REMDIES

12.) plaintiff has filed a grievance concerning these claims. There is no remedy available. See attached.

## III. STATEMENT OF CLAIMS

13.) On February 29, 2024 plaintiff was placed in segregation at Illinois River C.C. On March 6, 2024 plaintiff was issued a non-violent ticket. On March 12, 2024 the Adjustment Committee recommended the plaintiff serve 6 months segregation, 3 months C-Grade, a lost of 6 months good time, and a disciplinary transfer. On March 20, 2024 the Illinois River's Warden concurred in the recommendation, finalizing the plaintiff's discipline.

14.) On April 10, 2024 plaintiff was transferred to Menard C.C. as a result of the discipline. Plaintiffs entire time in seg at Illinois River between February 29, 2024 and April 9, 2024 was recieving all his out-of-cell time privileges. This included daily yard, weekly group therapy, weekly religious services, and 3 showers a week.

15.) Between April 10, 2024 plaintiff was housed in Menard's North 2 Solitary Confinement Segregation Unit. Plaintiff was transferred to N.R.C. on a temporary court writ on September 11, 2024 and remained in N.R.C.'s solitary confinement Segregation Unit until September 25, 2024. On September 25, 2024 plaintiff was transferred back to Menard's North 2 unit and remain there until October 11, 2024. On October 11, 2024 plaintiff was re-assigned to the High Aggression level East House on the Highest Aggression level gallery- 10 gallery. Plaintiff finally received yard on October 28, 2024 while in General Population. Between April 110 and October 11 General Population was recieving yard/outside exercise at Menard irregularly.

4 of 9

16.) Between April 10- and September 11 plaintiff was deprived access to outside exercise/yard recreation, religious services, and was denied so through no fault of his own during his time in Solitary Confinement. During this time plaintiff was only afforded 3 separate hours of group therapy-positive social interaction. This violates the Eighth Amendment.

17.) Between September 11 and September 25 while on a temporary court writ to N.R.C. plaintiff received two 2-hour yard recreation periods while housed in segregated Solitary Confinement.

18.) Between September 25 and October 27 when back at Menard plaintiff did not recieve outside exercise/yard recreation, religious services. This time plaintiff was housed in seg and general population at Menard. This violates the Eighth Amendment as it's in combination with being housed under 24-hour Solitary Confinement.

19.) Defendant Wills was and still is directly involved in denying plaintiff yard recreation/outside exercise, because he manages the operation of Menard and has the authority to provide outside recreation. Defendant is the cause of plaintiff's ailments and harms described below because he denied plaintiff yard/outside exercise during his time in Solitary Confinement.

20.) Because Defendant Wills deprived plaintiff of yard recreation/outside exercise for more than 30, 60, 90 days in combination with being with being housed in 24-hour Solitary Confinement under 24-hour flourescent illumination in an extremely small 4-foot 8 inch by 10 foot 8 inch cell the plaintiff was housed in when in seg, the plaintiff began suffering from and experiencing the following:

5 of 9

21.) Plaintiff began experiencing extreme constipation and could only poop every 3-5 days. He was prescribed colace for the issue, but the colace did not work. Eventually, plaintiff was given an x-ray of his stomache, and after complaining of the issue in General Population he was prescribed Milk of Magnesia to treat his constipation at Nurse Sick Call.

22.) Plaintiff began experiencing chronic joint and upper back pain, headaches, and migraines. He was prescribed Ibeprophen and Tylenol pain medication to treat these ailments. He is currently awaiting to see the Nurse Practioner to futher treat these ailments.

23.) Plaintiff began experiencing blurred vision and a pressurrized type of pain in his eyes. His visit with the eye doctor was canceled due to being on a temporary Court writ to N.R.C. Plaintiff continues to soffer from all these physical ailments as described above.

24.) Plaintiff began hearing things and seeing shadows shadows when he was behind a solid metal door while in Seg. At that same duration of time he began having severe sharp chest pains.

25.) Plaintiff began experiencing, and continually soffers from, a lack of sleep, loss of appetite, significant weight loss (36 punds), extreme amounts of stress, distress and nervousness, nauseousness - he would routinely throw up - chronic agitution, irritation, depersonalization, tremondous amounts of hopelessness and sadness, and lack of concentration and focus.

26.) Plaintiff had become emotionally volatile. He would cry throughout the day at random times during the 5 month yard denial - April 10 - September 11.

6 of 9

27.) All psychological and emotional suffering were because of the deprivation of yard recreation/outside exercise during plaintiff's 24-hour solitary confinement under 24-hour flourescent illumination with little, askewed, or no access to natural sun light in a small cell.

28.) Defendant Wills caused the plaintiff's pain and suffering because he deprived the plaintiff to outside exercise/yard recreation for 5 months and separately for another 30 days, cumulatively 6-months at Menard with no yard, in violation of the Eighth Amendment, because he was aware of the risk and harms to the plaintiff health and safety and was deliberately indifferent to the risk of long term denial of yard to the plaintiff's health.

29.) Defendant Wills is trained to understand the harms of the denial of outside recreational exercise/yard. He is aware the cells are too small to exercise in the North 2 cell House.

30.) He is aware of the harms of the denial of yard outside exercise after 30-60-90 days and the use of solitary confinement through his training as described in AD 05.15.

100. Plaintiff contends that 30 day yard denial is extremely cruel.

31.) Defendant Wills is aware of the harms he caused by the denial of yard, 24-hour solitary confinement, and housing the plaintiff under 24-hour flourescent illumination with no direct access to Natural sunlight, because Menard, IDOC, and Defendant Wills have been subject to numerous lawsuit concerning these claims. The court can take judicial notice.

32.) Defendant Wills was made aware of the casual connection between denying plaintiff yard, housing the plaintiff in 24-hour confinement, under 24-hour flourescent illumination, with no access to natural sunlight, and the harms stemming from it, because the plaintiff sent him kites on June 9, 2024, June 10, 2024, June 20, 2024, June 25, 2024, July 21, 2024, August 4, 2024,

August 8, 2024, and August 25, 2024 explaining that he was suffering because of his conditions of confinement. On August 20, 2024 Defendant Wills responded to the plaintiff acknowledging his claims. See Attached.

33.) Because Defendant Wills willfully and intentionally deprived plaintiff of 5 months and 30 days of outside exercise/yard recreation during plaintiff's time spent in segregation and General Population with a calluous disregard to plaintiff's health, and because of this deprivation Defendant Wills knew the risk of harm it subjected to plaintiff's health and well-being, and the casual connection he is trained to know from it - Defendant Wills violated plaintiff's right to be free from cruel and unusual punishment as proscribed by the Eighth Amendment.

34.) To conclude, it's time for the Court to consider where 15 days spent in solitary confinement under 24-hours fluorescent illumination without access to natural sunlight constitutes torture and sensory deprivation - according to the United Nations - is it immoral and indecent to deprive a prisoner of 30 days of outside exercise/yard recreation during 22-24 hour solitary confinement?

## VII RELIEF REQUESTED

35.) Plaintiff request:

A) Preliminary Injunction relief enjoining Anthony D. Wills from depriving plaintiff outside exercise/yard recreation when in segregation and general population at Menard,

B.) Declatory Judgment by declaring Defendant Anthony D. Wills violated plaintiff's right.

C) Declatory Judgment by declaring the deprivation of outside exercise for 30 days violates the Eighth Amendment

8 of 9

of the constitution.

D.) Injunction relief enjoining Defendant Anthony D. Wills from depriving plaintiff of the yard in segregation and population at Menard,

E.) Compensatory damages in a sum to be ascertain at trial,

F.) Presumed Damages in a sum to be ascertain at trial

G.) Punitive Damages in a sum to be ascertain at trial,

H.) Nominal Damages in a sum to be ascertain at trial,

I.) General Damages in a sum to be ascertain at trial,

J.) Cost and fees,

K.) And any and all relief the court deems Just and proper.

Plaintiff DEMANDS A JURY TRIAL.

Signed this 12ᵗʰ Day of November 2024

Carlos Padilla #y32600
Menard CC
P.O. Box 1000
Menard, IL 62259

/S/ Carlos Padilla
Plaintiff, Pro Se.

9 of 9

APPEAL TO GRIEVANCE OFFICER'S REPORT FOR
GRIEVANCE # K4-0824-3555

Dear Board Member,

It is declared Menard is understaffed by the warden & Deputy Director, and because of this under staffing Warden Wills & the Deputy Director will not provide out-of-cell outside Recreation and privileges. An inadequate amount of security staff contributes to an excessively high risk of inmate and staff assault, and violent assault even more so when housing two highly aggressive grown men in a small cell in the high aggression level East cell house on the highest aggression level gallery — 10 gallery. The Director, Deputy Director and Warden Wills are all aware that uninterrupted 24 hour confinement contributes to an excessive risk of physical, mental, emotional, and social harm to me, because of the on going their training and litigation and expert testimony in Davis v. Baldwin. That's what I went through in seg at Menard and currently going through in the General Population East Cell House. I am not even allowed out of cell privileges or outside yard recreation in General Population, so my injuries described in my grievance continues. 24-hour forced interaction with my cellie contributes to an excessive risk of inmate assault inside my cell. The cell I am in in the East House is too small to double cell two high aggression level grown men. I need my cellie's full cooperation if I am to exercise in my cell. This is in combination with my yard claim (i.e., understaffing, double celling, lack of exercise, out-of-cell privileges, 24-hour flourescent illumination, and de facto segregation/solitary confinement) Also, none of my other

Complaints were addressed by the grievance officer or warden. This can only be viewed as a thwarted effort as an attempt to sweep the rest of my claims under the rug. In addition to my original request, I am requesting this board recommend to the director to de-populate Menard or alternatively mandate single maned cells in the East and West House(s), because of their under staffing. De-populating Menard will increase the security staff to inmate ratio, decrease the amount of over-time pay demanded by under staffing, and it will ensure a more healthier and safer environment so we can be afforded all of our out of cell rights and privileges in the promotion of a healthier human being = individual inmate. Mandating a single manned cell policy in the East and West House will decrease the risk of inmate assaults between cell mates inside the cell and will allow some indoor recreation should Menard not De-populate it's inmate population. One equally, the entire front street receive yard. How is there no staff?

Respectfully requested,

Carlos Padilla #y32600

Menard CC

P.O. Box 1000

Menard, IL 62259

10-27-24

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

*E 10-9*

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 10/03/2024 | Date of Review: 10/21/2024 | Grievance #: K4-0824-3555 |
| Individual in Custody Name: Padilla, Carlos | | ID#: Y32600 |

**Nature of Grievance:**

Out of Cell Time; Medical Treatment

**Facts Reviewed:**

Individual in Custody submitted a grievance dated 07/30/2024 and grieves being denied all access to natural sunlight. He states sending multiple requests a letters to the Warden regarding this issue as well as sending in requests to be seen by medical and the eye doctor as his vision was getting blurry from no natural sunlight and being exposed to florescent lighting 24 hours a day. He also states due to no out of cell time he has began experiencing constipation, chronic upper back pain, headaches, lack of sleep, no appetite, weight loss, stress, chronic agitation, and mental health issues.

Relief Requested - "I request yard, all out of cell time privileges, unaskewed access to natural sunlight, and to be seen by a Nurse Practitioner or Doctor for my eyes & vision, chronic upper back pain, and extreme constipation. I request immediate release from seg, because of these conditions, and not to be retaliated against."

Counselor reviewed on 09/16/2024 - Menard CC is placed on level 3 lockdown per the Warden as directed by Deputy of Directors, as a result of staff shortage within the facility. Per AD 05.01.301 programs, privileges, and services may be available as authorized by CAO, based on facility operational requirements and deployment of available sec. staff. AD 05.15.100 states recreational opportunities shall not be req. during Institutional lockdowns. Contacted medical staff - he was scheduled for back pain and constipation on 07/24/24. This pass was rescheduled and he will be seen when arrives back from writ. Left Menard on 09/11/24 to Stateville CC as temp for a writ.
------------------------------CONTINUED ON BACK-------------------------------------->>

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends the Individual in Custody's grievance be DENIED. This is an Administrative decision guided by AD 05.01.301.

| | |
|---|---|
| J. Guetersloh - Correctional Counselor 1 | Jacob Guetersloh  Digitally signed by Jacob Guetersloh Date: 2024.10.21 14:52:46 -05'00' |
| Print Grievance Officer's Name | Grievance Officer's Signature |

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: 10/21/2024 | ☑ I concur    ☐ I do not concur    ☐ Remand | |

**Action Taken:**

Kevin Reichert  Digitally signed by Kevin Reichert Date: 2024.10.21 15:09:28 -05'00'

Chief Administrative Officer's Signature                                    Date

| Individual in Custody's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| | | |
|---|---|---|
| Individual in Custody's Signature | Y32600 | 10-27-24 |
| | ID# | Date |

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE** (Continued)

---CONTINUED--->>> Contacted Pharmacy - unable to pull chart due to him being housed at Stateville currently. He is on the list to be seen by Optometry.

Grievance Office reviewed on 10/21/2024 - Menard Correctional Center is placed on a level 3 lockdown per the Warden as directed to Deputy Director as a result of a staff shortage being experienced at the facility and in accordance with A.D. 05.01.301. Programs, privileges and services may still be provided as determined and authorized by the CAO, based on facility operational requirements and the deployment of available security staff. A.D. 05.15.100 states recreational opportunities shall not be required during institutional lockdowns or during institutional emergencies, including, but not limited to, riots, strikes, fires, work stoppages, power outages, pandemics and natural disasters. This is an Administrative decision. Contacted Healthcare Unit, the Individual in Custody is on the list to be seen for medical and vision issues.

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

1st Lvl rec: ☐ AUG 05 2024    2nd Lvl rec: ☐ 3 2024

| Date: 07/30/24 | Offender (please print): CARLOS PADILLA | ID #: Y32680 | Race (optional): |
|---|---|---|---|
| Present Facility: Menard C.C. | | Facility where grievance issue occurred: Menard C.C. | |

KY-0824-3SSS

**Nature of grievance:**

☐ Personal Property   ☐ Mail Handling   ☒ Medical Treatment   ☐ ADA Disability Accommodation

☐ Staff Conduct   ☐ Dietary   ☐ HIPAA   ☐ Restoration of Sentence Credit

☐ Transfer Denial by Facility   ☒ Other (specify): Denial of sunlight, yard, social interaction, and 24-hour flouresent illumination

☐ Disciplinary Report

Date of report _____   Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance"

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

① On July 20, 2024 I had been virtually denied all access to Natural Sun light for 100 consecutive days. Mr. Warden you were aware that N2-303 had no access to Natural Sunlight through your knowledge and supervision of the prison's building structure for the North 2 housing unit.

② On June 10, 2024 I sent you a kite explaining that my vision was starting to go blurry, and my eyes were beginning to hurt after being housed in N2-303 for 60 days without meaningful access to sunlight. I even told you I

☒ Continued on reverse

**Relief Requested:**

I request yard, all out-of-cell time privileges, unaskewed access to natural sunlight, and to be seen by a Norse Practioner or Doctor for my eyes & vision, chronic upper back pain, and extreme constipation. I request immediate release from seg, because of these conditions, and not to be retaliated against.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

| Carlos Padilla | Y32600 | 07-30-24 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: 8/7/24   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:   (Response on page 2)   very

_(illegible handwritten response)_
youts transferred from Menard DOC to Stateville CC

| Yours | Yes | 9-10-24 |
|---|---|---|
| Print Counselor's Name | Sign Counselor's Name | Date |

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: ☐ AUG 07 2024

Is this determined to be of an emergency nature?

☐ Yes, expedite emergency grievance

☒ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

1E - No Recd Yard time
11A - Mental Health W-Group Time
11F - Med Tx

| _(signature)_ | 8-2-24 |
|---|---|
| Chief Administrative Officer's Signature | Date |

signed up for Nurse sick call and the eye doctor. See EXHIBIT E.

③ After no response from you I sent you another kite on June 20, 2024 this time repeating my request to be moved to a cell that allowed me access to natural sunlight, because my eyes were hurting and that my vision was becoming blurry. I even made you aware that at that point that I was under 24-hour flourescent illumination for 70 consecutive days, and had been experiencing a lack of sleep. I requested you move me to a cell that was not illuminated for 24-hours continuously by a flourescent lightbulb. See Exhibit F. As of July 20, 2024 I was under flourescent illumination for 24-hours continuously for 100 consecutive days.

④ On July 30, 2024 I have been denied yard recreation for 130 consecutive days. My original disciplinary sentence for my March 6, 2024 ticket (the reason why I was transferred to Menard) did not restrict my access to yard privileges. And despite my request for an explanation, you have not provided a response, much less a legitimate reason.

⑤ Not being afforded yard unequivocally deprives me of natural sunlight, outside exercise, and meaningful social interaction which are all life's necessities.

⑥ Because I have not been provided outside yard exercise I have began experiencing extreme constipation where I do not poop for any where between 3-5 days at a time, chronic upper back pain, headaches, and migraines, lack-of-sleep, loss-of-appetite, significant weight loss, extreme amounts of stress and nervousness, nauseousness, chronic agitation, irritation, depersonalization, socially intolerable (I can not tolerate my peers), tremendous amount of hopelessness and sadness, many emotional episodes where depression overwhelms me and I cry, cold sweats, reoccurring violent nightmares, a lack of focus and concentration, and since July 21, 2024 I've began seeing things that are not present of what I can only describe as black spots, and I am now hearing full words where I have full conversations with myself, because no one is present in my cell, but me.

⑦ Mr. Warden I sent you a kite on June 9, 2024 explaining that I am clinically diagnosed with Anxiety and Post-Traumatic Stress Disorder, informing you that I was suffering physically, psychologically, socially, and emotionally and requesting that as a mentally ill prisoner you provide me yard and group. See Exhibit b.

⑧ After no yard, group, or response I sent you another kite on June 25, 2024 explaining to you my symptoms, and requesting yard and group, a recommendation for immediate release from seg, or a seg cut, or my Tv & Tablet for recreational purposes. See Exhibit G. I was not afforded yard, nor given a seg cut and was denied my Audio/visual privileges for no legitimate reason. See Exhibit H.

⑨ Mr. Warden, you are aware of the casual connection of my pain and suffering and the failure to provide me yard recreation through your training, and lawsuits against Menard for the denial of yard. See Administrative Directive 05.15.100, Davis v. Baldwin, 2021 U.S. Dist. LEXIS 110558, Turley v. Rednour, 729 F.3d 645 (7th Cir. 2013), and Munson v. Hulick, 2010 U.S. Dist. LEXIS 67125.

⑩ My pain and suffering as described above is because I am deprived of outside yard recreation. Mr. Warden I even sent you another kite on July 21, 2024 requesting you to tell me why you are denying yard to me when the rules require you to provide me 10 hours of yard a week, or 10 hours within 60 days if security is a concern. Neither has happened. I even

Continued on next grievance form.

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec:   Rec'd AUG 15 2024   ARB rec'd OCT 23 2024

| Date: 07/30/24 | Offender (please print): CARLOS PADILLA | ID #: Y32600 | Race (optional): |
|---|---|---|---|
| Present Facility: Menard CC | | Facility where grievance issue occurred: Menard CC | |

**Nature of grievance:**

☐ Personal Property   ☐ Mail Handling   ☒ Medical Treatment   ☐ ADA Disability Accommodation

☐ Staff Conduct   ☐ Dietary   ☐ HIPAA   ☐ Restoration of Sentence Credit

☐ Transfer Denial by Facility   ☒ Other (specify): denial of sunlight, yard, social interaction, and

☐ Disciplinary Report   24-hour fluorescent illumination

       Date of report           Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
    **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
    **Chief Administrative Officer,** only if EMERGENCY grievance
    **Mail to Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs,
    issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

reiterated the denial of natural sunlight issue, and how there is no room to exercise in my cell, because it is too small. I've even made you aware of my physical, psychological, social, and emotional ailments, because of the denial of yard. I still have not received an explaination. See Exhibit I. (11) As of July 30, 2024 I have not afforded one-hour of positive social interaction with other human beings. (i.e., Group Therapy), within 120 consecutive days. Social interaction is an essential life

    ☒ Continued on reverse

**Relief Requested:**

See page one for relief requested.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

| Carlos Padilla | Y32600 | 07/30/24 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: _____   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

Menard CC is placed on Level 3 lockdown per the Warden as directed by Deputy of Director, as a result of staff shortage within the facility. Per DR 05.01.301 programs, privileges, and services may be available as authorized by CAO, based on facility operational requirements and deployment of available sec. staff. AD 05.15.100 states recreational opportunities shall not be req. during institutional lockdowns. Contacted medical staff - he was scheduled for back pain and constipation on 7/24/2024. This pass was rescheduled and he will be seen when arrives back from WRIT. Left Menard on 9-11-24 to Stateville CC as temp. for a writ. Contacted Pharmacy - unable to pull chart due to him being housed at Stateville currently. He is on optometry. Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer. to be seen per optometry staff.

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|
| Young | | 9-20-24 |

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature?

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

| Chief Administrative Officer's Signature | | Date |
|---|---|---|

Assigned Grievance #/Institution: _____

Housing Unit: N-2 210    Bed #: N-2-2

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: _____                                2nd Lvl rec: _____

necessity in that positive social interaction and social nourishment is vital to one's physical, emotional, psychological, and social well-being.

(12) 24-hour solitary confinement is unconstitutional and against the evolving standard of moral decency when an inmate is not provided a set amount of time for social interaction.

(13) Mr. Warden I have been deprived of meaningful social human contact and interaction for 120 consecutive days. This contravenes the fact that the rules allow me 10 hours of yard and out-of-cell time a week. See AD 05.15.100. I am deprived of this because of my 24-hour confinement to a small cell.

(14) Mr. Warden you are aware inmates like me are not receiving NO out-of-cell time to mitigate my continous 24 hour confinement. We barely are afforded showers on a regular basis!

(15) I have become socially intolerable. I've become extremely angry, agitated, irritated, and dissociated and depersonalized when people look at me. Even moreso when someone passes my cell and tries to talk to me. I'm at the point where I cannot stand to be next to anyone.

(16) Mr. Warden I made you aware of my physical, mental, emotional, and social deterioration on multiple occassions, and you've done nothing. See Exhibits: D, G, and I. You are aware of the causal connection between my social suffering and pain through your training - AD 05.15.100 - and a law suit against Menard. See Davis v. Baldwin cited above.

(17) To give you context of how messed up I've become because of my deprivation of my sensory stimulation and social interaction, the one-hour I was afforded group therapy, I was sweating the entire time (despite being in A.C.), nervous, and quite honestly scared. I did not want to be there, nor did I want to leave my cell, but social interaction is a life necessity. It's saddening. It must be consider that while at Illinois River while in seg I received yard 6 days a week for an hour and a half, and all my out-of-cell privileges. See Exhibit A.

(18) Mr. Warden, as of July 30, 2024 I have made you aware of my chronic upper back pain, extreme constipation, the pain in my eyes and blurred vision on multiple occassion as described above. I had even signed up for sick call on 4 seperate occassion within 60 days of each other and have not been seen, called, examined, nor treated, for my extreme constipation and chronic upper back pain. See Exhibits B, C, J, K, and L. I tell the nurses during med line and they tell me to sign up for sick call. I have, and have not been called, examined, nor treated. I requested sick call June 9, June 30, July 20, and July 24. I even gave a copy of the July 24 kite to a nurse and still have not been seen. My stomache hurts. I continuously suffer from extreme constipation and chronic upper back pain. The medication I was prescribed for my constipation - colace - is not working. I take it as prescribed and only produce gas. Menard's Health Care Unit is responsible for failing to examine and treat me after I requested sick calls 4 seperate times, because of this, they are persisting in an ineffective treatment of my constipation. Sadly on top of all this, there is a policy in place which forces me to undergo the Sick call process 3 seperate times in order for me to see a doctor or Nurse Practioner if Menard even has one. Same goes for the eye doctor. This is an unnecessary delay of treatment, which prolongs my pain and suffering. Mr. Warden I was hit by an SUV and shot twice in my back, I was diagnosed with multiple herniated disk in my spine prior to my incarceration. Be advised I've been asking for medical from the clos. counselor, and grievance officer since July 20. I have not been given one. so I had to use these I found

EXHIBIT A

Illinois Department of Corrections

**Restrictive Housing Transition and Stabilization Plan**

MEN AUG 05 2024                                                MEN OCT 03 2024

Illinois River Correctional Center

_____      Unit/Room/Cell:  __RHU-22__
Facility

Name of Individual in Custody: __Padilla, Carlos__            ID #: __Y32600__

Review Period: _____04/04/2024_____ through _____04/10/2024_____

| Team Members: | Warden Jones | Exec. Asst. Martin/Maj Thompson |
|---|---|---|
| Lt. Thrush/C.O. King | BI Rivera | MHA King/CCII Woodside |

| Identified Areas of Program Need: |
|---|
| 1. Education/Employment/Social Support: Money Smart and Re-Entry Services. |
| 2. Criminal Attitudes/Behavioral Patterns: Start Now and Anger Management. |
| 3. Substance Abuse/Mental Health: Drug Education and Mental Health services. |

| Areas of Program Completion: |
|---|
| 1. Education/Employment/Social Support: None |
| 2. Criminal Attitudes/Behavioral Patterns: None |
| 3. Substance Abuse/Mental Health: None |

| Team Input on Progress: |
|---|
| 4/9 - Spoke with on wing. Stated he was good and had no other concerns regarding Clinical at this time. No reports of self-harm or to others. <br> 4/10 - Disciplinary transfer to MEN. RHU/ERH status to continue upon arrival at designated facility. |

Distribution: Restrictive Housing Review Committee
Individual in Custody

Printed on Recycled Paper

DOC 0598 (Eff. 10/2021)

EXHIBIT A

Illinois Department of Corrections
**Restrictive Housing Treatment and Stabilization Plan**

**Individual in Custody Input Summary:**
N/A

**Team Summary (Summarize ERH placement and programming):**
[12/29/22 - ORAS assessment completed. Scored "Moderate" risk. Recommended programming needs reflected above.]
4/4/24 - Afforded 1 hour SOOC (Religious Program) with Chaplain Norman-Rees.
4/4/24 - Afforded 2 hours SOOC ("Coping Skills") with CCII Woodside.
4/5/24 - Afforded 5 hours of SOOC ("Coping Skills") with BHT Williams.
4/8/24 - Afforded 2 hours of SOOC ("Fitness") with LTS Tasker.

**Team Recommendation**

☐ Program Completion     ☒ Removal Due to other circumstances (explain)

Disciplinary transfer to MEN. RHU/ERH status to continue upon arrival at designated facility.

**Final Determination and Approval**

☒ **Remove from ERH** (check one):
    ☐ **Successful Completion**     ☒ **Removal due to other Circumstances**
☐ Retain on step-down management program

Approved by:

_C. Jars_ _____     _Warden_ _____
Signature of Deputy Director or designee     Title

_Chase Jaxer_ _____     _4-10-24_ _____
Printed Name     Date

REN AUG 25 2024                                                 EXHIBIT A

**Illinois Department of Corrections**
## Restrictive Housing Transition and Stabilization Plan

REN OCT 03 2024

Illinois River Correctional Center
_____     Unit/Room/Cell:  RHU-22
Facility

Name of Individual in Custody: Padilla, Carlos          ID #: Y32600

Review Period: _____03/28/2024_____ through _____04/03/2024_____

| Team Members: | Warden Jones | Exec/Sec. Martin/Maj Thompson |
|---|---|---|
| Lt. Thrush/C.O. King | BI Rivera | MHA King/CCII Woodside |

| Identified Areas of Program Need: |
|---|
| 1. Education/Employment/Social Support: Money Smart and Re-Entry Services. |
| 2. Criminal Attitudes/Behavioral Patterns: Start Now and Anger Management. |
| 3. Substance Abuse/Mental Health: Drug Education and Mental Health services. |

| Areas of Program Completion: |
|---|
| 1. Education/Employment/Social Support: None |
| 2. Criminal Attitudes/Behavioral Patterns: None |
| 3. Substance Abuse/Mental Health: None |

| Team Input on Progress: |
|---|
| 3/28/24 - ERH status begins on this date as Padilla's initial placement into RHU began on 2/29/24. TSP has been generated due to this change. Input on Individual in Custody's progress will be discussed at the next Review Hearing. No reports of self harm or harm to others. |
| 4/2 - Seen on wing, per 0360 your grandpa is permitted to visit, and after reaching out was told he'd be fine to visit. No reports of self harm or to others. |

Distribution: Restrictive Housing Review Committee          Printed on Recycled Paper          DOC 0598 (Eff. 10/2021)
              Individual in Custody

EXHIBIT A

Illinois Department of Corrections

**Restrictive Housing Treatment and Stabilization Plan**

**Individual in Custody Input Summary:**
N/A

**Team Summary (Summarize ERH placement and programming):**
[12/29/22 - ORAS assessment completed. Scored "Moderate" risk. Recommended programming needs reflected above.]
3/28/24 - Afforded 1 hour SOOC (Religious Program) with Chaplain Norman-Rees.
3/28/24 - Afforded 2 hours SOOC ("Responsibility") with CCII Woodside.
3/29/24 - Afforded 5 hours of SOOC ("Coping Skills") with BHT Williams.
4/2/24 - Afforded 2 hours of SOOC ("Exercise packets") with LTS Tasker.

**Team Recommendation**

| ☐ Program Completion | ☐ Removal Due to other circumstances (explain) |
|---|---|

**Final Determination and Approval**

☐ **Remove from ERH** (check one):
    ☐ **Successful Completion**    ☐ **Removal due to other Circumstances**
☐ **Retain on step-down management program**

**Approved by:**

_____    _____
Signature of Deputy Director or designee    Title

_____    _____
Printed Name    Date

Distribution: Restrictive Housing Review Committee    *Printed on Recycled Paper*    DOC 0558 (Eff. 10/2021)
           Individual in Custody

RMEN  AUG 2 5 2024

EXHIBIT B

RMEN  OCT 03 2024

To: Nurse Sick Call

FROM: CARLOS PADILLA #y32600
Living Unit: N2-303

   I've been having chronic back pain in my upper
back. I am having a medication issue with my
colace and have not used the bathroom in a few
days. My eyes are starting to blur and I have
been experiencing a tremendous amount of pressure
in my eyes. I am requesting to be seen.

                         Respectfully Requested,

                         June 9, 2024

EXHIBIT C

MEN   AUG 05 2024

MEN   OCT 03 2024

To: Eye Doctor
From: CARLOS PADILLA #Y32600
Living Unit: N2-303

    I am starting to experience an impairment in my vision and have begun to experience a tremendous amount of pressure in my eyes. I am requesting to be seen.

Respectfully Requested

June 9, 2024

RECEIVED AUG 25 2024

To: Chief Administrative Officer

FROM: CARLOS PADILLA #Y32600

Living Unit: N2-303

EXHIBIT D

RECEIVED OCT 03 2024

I am clinically diagnosed with Anxiety and
Post-Traumatic Stress Disorder, and since my
confinement to segregation at Menard (April 10,
2024) I have not been afforded any out-of-cell
time (structured or unstructured). I have not been
offered recreation (outside & inside) nor group
therapy. I have been suffering from physical,
psychological, social, and emotional ailments. As a
mentally ill prisoner in your custody and care I
am requesting you provide outside recreation and
group therapy. Thank you for your time and
consideration of this correspondence. I look
forward to your cooperation in this matter.

Respectfully Requested,

June 9, 2024

To: Chief Administrative Officer

EXHIBIT

FROM: CARLOS PADILLA #y32600

Living Unit: N2-303

Dear Warden,

I have been housed in N2-303 cell for 60 consecutive days without meaningful access to sunlight.

N2-303 cell is structured to Not allow any Natural sunlight. May you please Move me my eyes are beginning to hurt and my vision is starting to become blurry.

I've signed up for Nurse sick call and the eye doctor to be treated and examined for my eye problems.

Thank you for your time and cooperation in this matter.

Respectfully Requested,

June 10, 2024.

To: Chief Administrative Officer

FROM: CARLOS PADILLA #y32600          EXHIBIT F

Living Unit: N2-303

Dear Warden,

I wrote you previously on June 10, 2024 explaining that I had not received meaningful access to natural sunlight for 60 consecutive days. I told you my eyes were starting to hurt, and my vision was going blurry.

You have not responded to my request to be moved to a different cell. I am renewing my request to be moved to a different cell. You are aware N2-303 does not have access to natural sunlight.

Also, Mr. Warden. I have been under 24-hour florescent illumination for 70 consecutive days. And because of this I have only been getting 2-3 hours of sleep.

This is another reason why I am requesting to be moved to a different cell. A cell that offers natural sunlight and less flourescent illumination.

Thank you for your cooperation in this matter.

Respectfully Requested,

June 29, 2024

To: Chief Administrative Officer
FROM: CARLOS PADILLA #Y32600
Living Unit: N2-303,

EXHIBIT G?

Dear Warden,

I had previously wrote you a kite on June 9, 2024 explaining that I had not received yard or group therapy since arriving to Menard on April 10, 2024, and that I was a mentally ill person receiving these privileges. I explained that I was suffering from physical, psychological, social, and emotional ailments.

For your consideration, since my confinement to Menard, I have been experiencing constipation, chronic upper back pain, headaches & migraines, blurred vision with a pressurized pain in my eyes, lack of sleep, loss of appetite, significant weight loss, extreme amounts of stress and nervousness, nauseousness, chronic agitation, irritation, depersonalization, tremendous amount of hopelessness and sadness, cold sweats, reoccurring violent nightmares. Lack of focus and lack of concentration.

I have not been afforded yard or group therapy in 75 consecutive days. I am requesting yard and group therapy, a recommendation for immediate release from seg or a seg cut, or my TV & Tablet for recreational and mental health purposes.

Thank you for your time and cooperation in this matter.

Respectfully Requested,

June 25, 2024

JB Pritzker
Governor

Latoya Hughes
Acting Director

MEN  AUG 15 2024

MEN  OCT 03 2024

## The Illinois Department of Corrections

Menard Correctional Center
711 Kaskaskia Street • Menard, IL  62259 • (618) 826-5071 TDD: (800) 526-0844

# M E M O R A N D U M

Exhibit H

DATE:     June 26, 2024

TO:     Padilla, Carlos (Y32600)
        N2 3-03

FROM:   Correctional Counselor Becker

SUBJECT: Audio/Visual Restoration

You have been denied the restoration of your audio/visual equipment. You may reapply on or about _8/17/24_

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those
in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

To: Chief Administrative Officer

FROM: CARLOS PADILLA #Y32600
Living Unit: N2-210

EXHIBIT I

Dear Warden Wills,

I've not been afforded yard recreation for 101 days consecutively. Please tell me why. It is in the rules to provide me 10 hours of yard a week, or 10 hours within 60 days. Neither has happened, and without explaination.

I've also been denied virtually all access to natural sun light for 100 consecutive days. My eyes have been in extreme pressurized pain, and my vision is going blurry.

I am confined in a small cell. There is no room to exercise how I am able to in the seg yard. I've been experiencing chronic back pain, and extreme constipation. I can't poop regularly, and my colace medication is not working. I believe that due to my inaccess to the seg yard and 24-hour confinement that I've accumulated so much stress that my bowel movement is constricted. I have not pooped in 5 days.

I've also become intolerable to other human contact, and have become extremely angry, agitated, and irritated for no reason. I've loss 27 pounds from a lack of appetite, and I've also been unable to sleep a full night's rest, and am only getting only 2-3 hours of sleep. My time in solitary confinement has produced in me an emotional rollercoaster. Please run yard.

Respectfully Requested,

July 21, 2024

TO: HEALTH CARE UNIT

FROM: CARLOS PADILLA #Y32600

Living Unit: N2-303                    EXHIBIT J

Dear HCU,

I have been having extreme constipation, and have not been able to use the bathroom in five days. I am prescribed colace. I consume it as prescribed but it is not working. I can only poop every 3-5 days.

I've also been having chronic upper back pain. I am requesting sick call. Thank you.

Respectfully requested,

June 30, 2024

TO: HEALTH CARE UNIT

EXHIBIT K

FROM: CARLOS PADILLA #y32600

Living Unit: N2-210

I was moved from N2-303 to N2-210. I receive gabapentin 3 times a day. Please change my cell assignment on the Nurse's daily Med-line list.

I will also like to be seen for Nurse Sick Call. My upper back hurts with a hard pressorized pain, and I've been so constipated where I can't poop for 3-5 days. The colace is not working.

Respectfully Requested,

July 20, 2024

TO: Health Care Unit                    EXHIBIT L

FROM: CARLOS PADILLA #Y32600

Living Unit: N2-210

Dear HCU,

I will like to be seen for nurse sick call.
My Colace medication is Not working I have
not pooped in days, and want to try a
different stool softner.

Respectfully Requested,

July 24, 2024

FILED OCT 03 2024

APPEAL TO COUNSELOR'S RESPONSE FOR GRIEVANCE
#K4-0824-3555

Dear Warden Wills,

You are aware that my entire time in Menard's N2seg Unit I was never offered yard. From April 10, 2024 - September 11, 2024 you are under the impression of Level 3 lockdown. However, you were still allowing the East Cell House (a high Aggression Unit) access to the yard in General Population. This is unequal, and a legitimate flaw in the Counselor's Response concerning my yard allegation. Because if the institution is on level 3 lockdown and short-staffed, why are you running yard for a High Aggression Housing Unit that has the known reputation for violent assaults against inmates and staff? This makes NO sense. My denial of Social Interaction, Natural Sunlight, and 24-hour flourescent light allegations were not addressed by the Counselor. Solitary Confinement is cruel & unusual punishment when 24-hour confinement is not interrupted it is known to cause harm to the individual. I wrote you kites Mr. Wills about what I was experiencing. You even wrote me back. And the multiple lawsuits against Menard Concerning my same claims makes you well aware that solitary Confinement is a substantial risk to my health and safety. Finally, it is convenient that I was scheduled for examination on my medical issues while I was on a court writ. The Counselor's original 9-16-24 response pretty much tells me to seek review at the ARB level for my medical issues, but it's all scratched out. I still have not been seen.

October 1, 2024

Carle Sattler

ILLINOIS DEPARTMENT OF CORRECTIONS
## Laboratory and Radiology Summary

Menard Correctional Center
Facility

Date: _8/12/2024_

Offender/Patient Name: _Padilla, Carlos_

Offender ID Number: _Y32600_

Housing Unit: _N2 2:10_

The following checked results were found to be normal or stable by _Moldenhauer_, MD. NP

Laboratory completed: _____

Radiology completed: _8/01/2024   Abdomen_

JB Pritzker
Governor



Latoya Hughes
Acting Director

### The Illinois Department of Corrections

Menard Correctional Center
711 Kaskaskia Street • Menard, IL 62259 • (618) 826-5071 TDD: (800) 526-0844

## MEMORANDUM

DATE:       August 20, 2024

TO:         Carlos Padilla Y32600 (NII-02-10)

FROM:       Anthony Wills, Warden
            Menard Correctional Center

I am in receipt of your correspondence regarding your concerns.

Records indicate that your concerns regarding no recreation/yard time, mental health treatment/group, and medical treatment was submitted on a grievance form dated 7/30/2024 to the grievance office and is being processed via prevailing grievance procedures.  You may submit a written request to your counselor regarding status inquiries of your grievance.

I trust this is responsive to your concerns.

Anthony Wills
Warden

cc:     File

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

To: Chief Administrative Officer

FROM: CARLOS PADILLA #y32600

Living Unit: N2-210

Dear Warden,

Throughou your torturous practice of uninterupted 24-hour Solitary Confinement I have been suffering deeply. Since being in Menard I have not been afforded my 3 showers a week. I also have never been afforded barber shop or a razor, so I can maintain my grooming. The simplici of one maintaining their hygiene & grooming is a positive & theraputic method of emotional, mental, and social well-being. Because you do not offer barbershop nor razors I am requesting to be allowed to have my trimmers, so I may abide by IDOC rule to maintain my grooming, and to also take care of my emotional, mental, and social well-being. Being provided barber shop and razors is prescribed by AD 05 15 100 and the AD for Segregation standard: but is not practiced by the C/o's in N2 (North2). Allow me to buy batteri to operate my trimmers from commissary once a month. I am behind a solid metal door incapable of hurting anyone. On August 1, 2024. I weighed 161.2 pounds with handcuffs and shackles on. Before I came to Seg I was 197.6 pounds. when I was in Illinois River seg I had yard priviley es able to exercise. When I came to Menard I was 186 pounds. We don't receive yard here, so I do not exercise - the cell is too small to get some exercise in. This can only mean I am not receiving the nutritional calories I need. yes, I've lost my appetite but I go to sleep and wake up hungry throughout the day. The beans and patatoes are never cooked. I've also been seeking refuge in God. I have not been provided any out-of-cell religious services to interrupt my 24-hour solitary confinement, since being in Menard. I am a Practicing Catholic, I am requesting communion, out-of-cell reconciliation, and to be accomadated a feast for my Holy Days of

obligation on August 15 for the Assumption of Mary who is the Mother of God. I am requesting to be allowed to exercise My religion and for you to accomadate my religious observation and obligation so I may be closer with God.

Sincerly Requested,

August 04, 2024

TO: Chief Administrative Officer

FROM: CARLOS PADILLA #Y32600

Living Unit: N2-210.

Dear Warden,

I filed a grievance wherein, amongst other things, I made you aware that while being in Group Therapy on July 1, 2024 I was sweating the entire time, extremely nervous, and scared of being out of my cell for too long. Again, I was offered Group on August 5, 2024. This time I refused on the sole basis that my body was having an adverse reaction just at the thought of experiencing what I experienced during my first Group. At that time I had a PTSD flashback of how my body reacted during the July 1 Group that I again began sweating, and became nervous, I had so much anxiety about leaving my cell and going to group that I became so nauseous that I lost my appetite and threw up. Please refer me for a one-on-one with mental health. I sent mental health a kite on 8-5-24 requesting a one-on-one because of the above occurrence. Also, please refer me to sick call. I still have not been examined by a nurse or Doctor. My stomache hurts. I haven't pooped since (8/5/24). Please help me Warden. I'm scared about not pooping consistently. It's stressing me out you have the Authority to order I be seen by a specialist.

Respectfully Requested.

August 8, 2024

To: Warden Wills

FROM: CARLOS PADILLA #Y32600

Living Unit: N2-210

Dear Warden Wills,

Thank you for your memorandum in response to my correspondences. I finally received disinfectant! However, the stains on the walls, and the rust on the door are not coming off. It still smells of mildew and mold. The black worms continue to secrete from the base of the toilet, and it still overwhelming produces sewage and the foul smell of sewage. Its suffocating given the fact that there is no type of substantive air circulation or ventilation. Be advised I was only issued a half pint (milk carton) of disinfectant. ~~so consistent~~ I had to choose between the infestation of worms, walls of stains, rusty door, or the black and brown filled vent, much less walls and door. Please ensure your officers provide disinfectant on a more consistent basis to 2-Gallery. Mr. Wills, this was my first week in North2 wher. I was offered three showers (8/18/24-8/24/24). Thank you. However, I am still not provided razors on a consistent basis. I was not afforded a shower today. Maintaining hygiene and grooming is an IDOC requirement, I can actually be issued a ticket for not maintaining my grooming. Grooming myself and maintaining my hygiene is a contributing factor to maintaining my deteriorating mental-well being. I am still not afforded barbershop, nor out of cell religious services, ~~handcuffed~~ nor can I afforded yard. Barbershop can be ran on the gallery while we are ~~step~~ handcuff behind the back. As I've stated before, I've reached out to the chaplain requesting Holy Communion, Reconciliation. I have not gotten a response. I've even requested it from you too, but have not received a response. I'm catholic, and these are our most practice sacraments. I've sent a letter to a local Catholic church in Chester, Illinois called Mary Help of Christians seeking Communion and Reconciliation. Please allow me to

of 2

practice my religion. I've been leaning on my faith more and more. Being in 24-hour uninterrupted Solitary Confinement is having a substantial impact on my vision, joints, bowel movement, social skills, mental and emotional well being. Being behind the door I am experiencing a lost of hearing and chest pains. This will undoubtedly be with me for the rest of my life. In all honesty, I feel as if I am being psychologically tourtored. Mr. Wills my cell is too small to have any type of meaningful exercise. Yard will provide me a sense of relief. Yard on a consistent basis, as proscribed by the AD 05.15.100, will allow me sensory stimulation, meaningful social interaction, access to natural sunlight, and the opportunity to have enough unencumbered space to meaningfully exercise. But, still as of today I have not received yard. It is to my knowledge and belief that every maximum prison in IDOC allows segregation to have yard, out of cell religious services, barbershop, and Group therapy on a more frequent basis as proscribed by Administrative Rule. It is unfair we are treated like this. I complained to you about my constipation — and only received an x-ray of which I pooped the day before after going 5 days without pooping. I was not examined, nor interviewed. The coluce is not working and I'm still going only 3-5 days. I even told you I was experiencing chest pains and a shortness of breath since I've been behind the door. It's tremondously unimaginable that I have not been interviewed, nor examined by Nurse sick call to document this. I've become so unenergetic, hopeless and depress I can only imagine how it will seep into my life everyday when I'm free. Mr. Wills, you have the sole authority to change these conditions. I can only hope you can find me any type of relief. My first 100 days in Menard were without incident. I didn't give staff a hard time, and I kept to myself. After a while of being treated worse than an animal I lost my self-control. During my first 100 days in Menard I constantly, if not begged, for a seg out and my TV. My TV got denied and I never received a reply on my seg out

and trust me I wrote you and everyone else for a seg cut. I never received a denial much less response. Mr. Wills, you have the sole authority to change these conditions If you can't provide these privileges I am to be afforded by law—yard, group therapy (social interactions) then please have me transferred to a facility who's seg does afford inmates all they have coming. I know I will never get a seg cut because of my July 20 ticket. But I beg you please understand. My mind, energy, and emotional well being is withering away by the day, the very least, is provide me my tv & headphones & cable cord. You have the authority to override the counselor & major. Counselor Teas denied my TV citing my July 20 ticket - go figure. I even told mental health on their rounds (8/22/24) I was hearing things and seeing shadows of still have not been examined, nor interviewed. Please do not send another wellness check. A wellness check is the predicate for suicide watch. Suicide watch cells are inhumane and unsanitary. I am not suicidal. Please ensure I receive yard, barbershop, out of cell religious services, consistent supply of disinfectant & cleaning supplies, medical treatment, mental Health treatment, and that 2-Gallery receives the phones this saturday. I am on B Grade and would like to call my mother. Thank you for your time and consideration of this correspondence. I look forward to your reply.

Respectfully,

August 25, 2024.

3 of 3

Kites & Miscellaneous page 1

06-06-24  Had a night mare felt the raw emotion of losing someone
          unexpectingly

06-07-24  received correspondence from attorney N. Schult

06-09-24  Sent kite addressed to North 2 Lts, North 2 major,
          Assistant Warden of Program, Assistant Warden of
          Operation, Chief Administrative Officer requesting
          outside recreation and group therapy.

06-09-24  Sent copy of kites & release form & letter to
          Attorney N. Schult

06-09-24  Sent kite to NSC (Nurse sick call) & Eye
          Doctor

06-09-24  Sent kite to Counselor, Chief Administrative
          Officer, North 2 mental Health requesting
          Treatment Stabilization plan.

06-09-24  Sent kite to Counselor & Records for a
          Copy of RH Privilege/Tour Log

06-10-24  Sent kite to Chief Administrative officer
          explaining structure of N2-303 cell not receiving
          access to Natural sun light for 60 consecutive
          days requesting to be moved because my eyes
          are beginning to hurt & vision becoming blurry
          explaining that I signed up for sick call.

06-13-24  Saw Mental Health Nurse on gallery
          asked for a copy of My Treatment and
          Stabilization Plan. Was told to ask for copy of
          Medical records, to write a kite to Medical records Director.

06-18-24  Saw BHT Keller (a man) for one-on-one

Kites & Miscellaneous pg. 2

Mental health meeting. I requested outside page recreation, group therapy and told him my medication was not working. Said I was put in for group, but was never given denial letter.

06-20-24  Saw counselor on gallery asked status of TV & what my aggression level was. it was 21

06-20-24  Sent kite to CAO renewing request to be moved to different cell that had access to sun light. I also explained that for 70 consecutive days I was under 24-hour flourescent illumination and could not sleep in support of my request to be moved.

06-25-24  Sent kite to CAO making him aware of my June 9 kite explaining my suffering pain & symptoms

06-27-24  Counselor Becker came by. Mental health came by. Ask for seg cut. She said to write Mental Health requesting seg cut they will consider it at next committee review meeting.

06-23-24  Sent kite Major McClanahan & C. Morris LCSW - social Worker IV requesting seg cuts & describing conditions of Confinement and ailments.

06-27-24  Sent Mental Health kite asking for seg cut.

06-26-24  Denied visual & Audio privileges for No fucking reason & the warden dont run yard barbershop group religious services & C/o's barely run showers when they want!

06-30-24  Sent kite to HealthCare Unit requesting sickcall for extreme constipation.

Kite & Miscellaneous log pg 3

07-01-2024 one on one with Ms. P. approx 15 minute convo. explained symptoms.

07.01.24 had Group at Night 80 consecutive days

07-03-24 Had a follow up Medication Management with Dr. Jackson of Telepsych. Explained my symptoms I asked to be taken off Meds

07-07-24 Sent kite to Mental Health & Adjustment committee for Seg cut.

07-07-24 Menard canceled Moms Video Visit.

07-18-24 Menard canceled visit with Mom.

07/20/24 Moved behind the Door.

07/21/24 Sent kite to Health Care Unit & CAO. Hev kite Dated 7/20

07/22/24 Sent kite Counselor (Phone list) & Grievance Off. Req; 5 griev

07/24/24 Gave Nurse a request for Nurse sick call (colace) 3-11 shift

07/24/24 Sent kite to 2G Counselor requesting grievances

07/25/24 Sent kite to 2G counselor to be put on phone list.

07/25/24 Sent kite to Mail Room about 7/18 cefcu letter. (Received Recipt

07/27/24 Canceled video Visit. 2:00pm kite to Mental Health

07/31/24 Chaplain came to my cell after Mom called him. He does do his rounds. Only seen him do it twice on 3 gall. Counselor was on a gallery I tried to Stop her as she purposely skipped my cell

07/31/24 At about 4pm 2 Mental Health nurses arrived at cell for wellness check - did suicide risk evaluation.

07/31/24 Same c/o who did 3-11 medline, Ice, feed, and that came with Mental health for wellness check. I gave him 3 grievances. The 2-gallon c/o. The Yard, sunlight, 24 illumination, social interaction, & medical treatment grievance with Exhibit A-L Attached, 7/20/24 ticket excessive for grievance grievance and the blanket & pillow Grievances. C/o Bent is his Name

Kite & Miscellaneous log page 4

08-01-24  Mental health did rounds first time since I've been on 2 gallery. Ask for
song lyrics. Was told "I don't know if I can give you that." It's like
what the fuck can they do? We don't get yard we don't get group. I
barely get sunlight. They denied me for my TV & Tablet. For no reason, I'm
behind a solid metal door. We don't go No where. This mad me extremly
mad agitated and irritated, At this point Mental Health is useless.

08-01-24  had an unexpected XRAY on stomache. Been complaining about constipation
and how my stomache hurts. Last time I pooped was 7/31/24 before that
7/27/24. I weighed 161.2 with hand cuffs and shackels. My jump suit
and gym shorts & shoes probably weigh a pound. Hand cuffs & shackels probably
5 pounds — 3 pounds conservatively.

08-01-24  The c/o said Lt (could not hear name) said only 201 gets to use the
phone. I am on B grade and wrote a request to the 2 gallery counselor
to be put on the list to use the phone. How hopeless, yet extremely
desparate to talk to mom. Its Ludicris. Menard Canceled 3 of our
visits. I can't send message because the c/o's do not want to
take me to the KIOSK and on top of that there's only one kiosk
utilized for seg. There's approximately 400 inmates in North 2 alone
what sense does that make? Positive social interaction should be
promoted.

08-01-24  08-02-24 had a Call pass to HCU in cellhouse for labs.
Was directed not to eat after Midnight. Call pass was
for 8:00AM. By 10:00AM C/o Baker (2 gallery) officer told to eat
because they are too busy up there (HCU) So I ate.

08-02-24  After receiving warning from Office Coordinator Shelia M. Ramsey to File
grievances on 8½" & 14" sized paper. I wrote her a response that night
(08-01-24) that I wasn't receiving them from security staff. Ramsey responded
"Cell house was contacted on 8/2/2024, you should receive the correct grievance

Kite & Miscellaneous Log pages

Continued 08-02-24 (Krumsey Response) I did not receive the proper
8½" x 14" form — grievance form.

08-02-24 Received Catholic literature from chaplain.

08-03-24 During Noon med line old grandma nurse short about 5'3
5'4 with glasses asked if I was alright I said NO I was
constipated. Haven't shit since °7/31/24

08-04-24 Had a shower. Shower was disgusting. The foul smell made
me Nauseated — I actually threw up. There was hair every
where, filth, flies all in it. Stains of bodily fluid. It made
Me very fucking irritated although I was able to wash
my body my spirit felt dirty. Theres no hook to put your
towel. The desk where it is the only possible place to put
your things so they wont get wet is full of rust. Like
what the fuck is going on here. I was not afforded a
razor.

08-04-24 Had an emotional break down I cried uncontrollably. Found
help in God to take my pain away — well some of them.

08-04-24 Sent CAO kite about shower =, Barbershop, Razors, loss of
weight, inadequate amount of Nutrition and calories, requested
communion, out of cell Reconciliation, and for a feast for my obligation
of Holy Day observing the Assumption of Mary (August 15).

08-04-24 Sent chaplain & Business office a kite- Kite to Mental Health

08-04-24 Been seeing black worms come from base of toilet since
I been in 2-10 (07/20) (15 consecutive days) it irritated the fuck
out me. The cell smells foul by the toilet. Theres a visible black stain
on the wall. It does not come off. Mold for decades of water damage
At the back of cell at base of toilet. The fumes give me a head

Kite & Miscellaneous Log page 6

ache some times. I do get light headed and nauseous from the fumes of the smell. It's disgusting. It gives me anxiety thinking of what the fumes are doing to my physical body. This has been continuous since I've been 2-10

08-05-24 was offered group group but refused to go after having a flashback of what I experienced my first Group on July 1, 2024. Just thinking about the shit made me sweat, and become nervous. I actually had so much anxiety from the thought of whether I should go or not that I became nauseous, so fucking nauseous that I lost my appetite & threw up. This shit is so unreal. I should want to leave this cell, out some thing keeps telling me not to. Damn, just thinking about intentionally not going to group made me cry. My confinement has fucked my mind up. I need help.

080524 while writing Mom heard buzzing in my left ear like a mosquito was buzzing in my ear went to slap my ear, look nothing was there and was still buzzing. What the fuck is wrong with me!

08-05-24 C/o Carondo brought grievance box. I asked for grievances. he said We don't have any. This the fucking games they play - sickening.

08-05-24 Sent Mental Health kite describing my symptoms above formally requesting one-on-one treatment.

08-06-24 Dude in 403 came from population. We are on lock down & c/os dressed in full tactical gear. They turn 403's water off & Toilet

Kites & Miscellaneous page 7

This is honestly psychological torture. they have the ability to turn my water off. 3 days without and I die. Why the fuck has a COURT NOT condem these people depriving us of water is inhumane! I would be wrong if I hurt staff. Why do they do this? Oh yeah because there is No judicial or legislative oversight. They can turn my water too at any moment. For No reason. Death is a real possibility while in the custody or care of these people. I'm scared. The man keeps begging for water. No one is present to give him this kug of water I want to give him. I'm so nervous and hot I can't stop sweating.

08-06-24  C/o's Never passed out mail, and going into 3rd shift C/o Ramsey said he wasnt collecting it. Fucking with the mail is a federal offense. I don't see the C/o's in handcuffs. All I have is the opportunity to correspond with my family. I cant get video visits, my mom don't want to come in person because they'll unexpectantly cancel it, they don't give us the phone when we are suppose to get, I cant send a text out because they denied me for my tablet, the only got one kiosk for 500 seg inmates which is a logistical joke and Night mare. But this is what happens when courts give uneducated people wide discretion. It produces psychological torture on the receiving people.

08-07-24  Dude in 403 was begging for his water to be put on at 3:00AM during med line - 7 C/o's said nothing. He was begging

Kites & Miscellaneous page 8

for his water again at breakfast. Heard the
c/o say to him "your on water restriction" How the
fuck is it legal for an uneducated group of people to
deprive a human being water? 3 days without &
we die.

08-07-24 Sent kite to Mailroom & counselor Teas.

08-08-24 had requested one on one with mental health when mental health
lady came on the gallery. Explained my PTSD flashback.

08-08-24 just had a head rush and got real light headed. My face
felt like it was on fire. Probably lack of oxygen from
inadequate ventilation. This happened 3-11 shift.

08-10-24 New guy from Western in 407 is begging for water hasn't
had water for 48 hours. This is psychological torture.
Am I next? Kite Mental Health.

08-10-24 kite to Heather Young CCI (Requesting Grievance)
kite to Morgan Teas ($4.50 Voluntary Restitution)
kite to N2 Lieutenants ($4.50 Voluntary Restitution)
kite to Shelia Ramsey (Requesting Grievance)
kite to Chief Administrative Officer (dated 8/10/24
requesting disinfectant, explain rash, lack of ventilation
sick call)
kite to HCU (requesting Sick Call for rashes dated 8/10)
kite to Grievance Office (Request to by 3 copies of
Grievance K4-0824-3555

08-12-24 was offered group, and went. It felt weird like I was
Not there. I had chronic aching buck pain. Was nauseous, and

Kites & Miscellaneous page 9,

felt like I had to throw up the entire time. I was sweating and I felt real tense. Is all this worth going to groop?

08-12-24 I have been noticing more often then not - that I am always nodding/bobbing my head when I am reading or doing a puzzel. It is interchably everyday with my leg Shaking. Is my body searching for sensory stimulation or is this the effect of sensory deprivation. My eyes still hurt, and I'm seeing floating black lines some time shadows. Just thinking about this shit is making me hopeless.

08-12-24 Sent Counselor Morgan Teas kite requesting disciplinary transfer to Stateville because of in person writ, closer to home, fit long term seg status and Max classification, that K4-0824-B555 will be moot if I am transfered.
   - Sent HCU kite requesting sick call trouble breathing chest pain light head trouble breathing
   - Sent warden kite requesting he refer me to Nurse sick call for chest pain Light head trouble breathing

08-14-24   Received results from XRAY test.

08-15-24   Sent warden kite about cell conditions (worms mold mildew snails water damage lack of ventilation - Black stuff in vent Rest on metal bond entire door, sewage, Religious services barbershop showers razors) requested New cell, disinfect, medical attention, Communion, out of cell reconciliation, sacred Heart of Jesus!

08-16-24   Had 8:00AM call pass to healthcare unit for labs was instructed not to eat after 12:00AM. I didn't eat my breakfast as instructed (sami) I ask C/O Baker if he was going to take me because I was starving. He said

Kites & miscellaneous page 10

"yean I'll come get you" and never came to got me said he was too busy - second time he did this!

08-16-24  As I was cleaning us sewage and worms came out the base of the toilet. It caused me to throw up. I was so nauseous. This shit is pissing me off so when I finally got my lunch tray (10:00 AM) I asked if I could get cleaning supplies, and disinfectant. I explained worms and ~~swea~~ sewage was coming out of the base of toilet and that it was causing me to throw up and constantly become nauseous. I even explained how hard it was to breath in here because of the mold mildew water damage & lack of ventilation. He said "oh that sucks, No, I'm busy."

08-16-24  Around 12:00 pm Baker came to collect trays. still haven't ate. Told him I was ~~██████~~ Starving and to take me to my call pass. He said I'm doing call passes and left he never came to get me so I aint eat.

08-19-24  Received shower no razor - when I went to & from shower there was a visible flood which I had No choice to step through my foot ~~became~~ came in to contact with the flood water it smelled like shit & piss.

08-19-24  Sent Counselor Teas Request for T.V.
          Kite to Major McClanahan Request for TV

08-20-24  Was denied shower because the c/o thaght I had a line up. I didn't. Even if I did how easy & simple is it to say "Take your line down if you want a shower."? Fat c/o bout 5'6".

08-21-24  received Memo from warden Anthony Wills

Kites & Miscellaneous Log Pg #11

08-22-24 @ 1:30pm Mental health came by explained what I was experiencing.
Hearing shit - seeing shadows. Requested one on one treatment.
She said she was going to refer me to physchiatrist.

08-23-24 @ around 8:55AM-9:00AM had an unexpectant Labs call pass, however I
never received the actual call pass directing not to eat. I ate breakfast
at 4:30 AM.

08-23-24 had a shower no razor showers were visibly disgusting.

08-24-24 Had a 1:30 video visit was banging on door to have a c/o come get
C/o Baker asked me if I was banging I said how else am I suppose
to get to my visit. He told me that's the easiest way for
me to cancel all your visits. Then inform me my visit was
canceled. If the c/o does not arrive on time how else I am to
get his attention - I'm behind a door don't any one can hear me
What am I to do. I wonder if the warden told him about my
complaint against him in a kite about cleaning supplies & cell
conditions.

08-25-24 Sent kite to Mental health (Req. One on One) explained
hallucinations.
Sent kite to Barbershop.
Sent kite to Chaplain (Requesting Rosary Communion &
Reconciliation.
Sent kite to Records Office Supervisor Requested order of
Committment for State Habeas Corpus.
Sent kite to CAO Anthony Wills complaining of yard cell conditions
religious services barbershop on equal treatment, medical care mental
health care.
Sent kite to Counselor Teas asking status to write dad.

Kites & misceelaneous log page 12.

08-25-24 Sent Mary Help of Christian Letter.

08-26-24   Was told went on Level 1 lockdown second shift
@ around 730 PM I sent my Petition for Habeas Corpus,
Statement of facts, and Affidavit, and Exhibits to Law
Library via institutional Mail to be notarized and
Copied. My request was unfulfilled. Sent documents
Sunday 8-25-24

08-27-24 @ 943 km C/o Said We're on lockdown, but workers are
out.

@ 3:15 pm asked C/o Bent if he was running showers he
said yeah. When he came asking people for showers
he skipped me without reason. I had No lines up. I
was ready to go. It's 5:32pm Now and I guess
I'm not getting a shower.

08.28.24 Did not receive my Noon meds. And after the bell went
off all staff been wearing mask - Covid mask
During Second shift C/o Bent did not pass out mail. The C/os
are on bullshit

08-29-24 Sent Records Office Supervisor Kite requesting
Commitment order with signed Money Voucher.

08-31-24 I was moved to 3-08 cell dirty & filthy black stuff
everywhere dust & dirt. Was not given disinfectant despite
requesting it from C/os. Caked up shit (human waste) on bars
and walls.

09-02-24 kite to HCU about joint pains; kite to Business Office.
Kite to Counselor Becker (status of K4-0824-3555 GU & corresp.
with Dad'.)

Kites & Miscellaneous page 13

09-04-24  kite to chaplain requesting Daily bread Communion & Reconcillation
09-05-24  @ 10'38 AM ask major shoebeneck whats going on with yard
and religious services said we cant get it. Camera footage can
sobstantiate in is presence.

09-08-24  Sent Petition for Habeas Corpus to Law Division
09/09/24  was told by Adkins the mailroom was shut down the c/o's
did not pass out the mail.
09/09/24  Kite to HCU (Athletes Feet JOCK iTcH) Kite to Mental Health
09/10/24  between 9:49pm and 9:51pm submitted 3 grievances
Lt. Ebers situation, 308 conditions, & 210 conditions
with one gallery  c/o Howell
10/01/24  kite to Business office (Transaction statement) & Records office
requesting copy of the receipts for the postage paid for after 9/8/24.
10/02/24  Spoke to 8-Gallery (N2) Counselor @ 9:07 AM asking about assigned
grievance #s for 2 grievances I filed on Sept. 10.24 with Lt. Ebers grievan
Counselor could not help me. Asked about my Legal mail receipt for
09/8/24 correspondence I sent Cook County Clerk containing Habeas
Petition. Counselor said she could not help me.
- Sent kite to Grievance Office inquiring the # & statu's of
Grievance I complained about Religious Services and Cell
Conditions.
- sent kite to Warden Wills asking him to direct
Maintenance to fix toilet & sink.
- Sent kite to Warden wills about why he denied
Mom visits.
@ 9:12 pm        Gave Nurse Jane Doe   kite Requesting
Sick Call.

Kites & Miscellaneous Log pg. 14

10-04-24  Received Nurse Sick Call. was interviewed only und was told I would be put on the Nurse Practioner list. Was prescribed ~~Tyee~~ Tyknol.
@ 12:30 pm same nurse I seen on sick call brought my meds and I asked how long it would take to be see by the NP or Doctor. She said 5 or 6 months.

10-06-24  kite to CAO Warden Anthony wills requesting he direct Maintenance to fix my toilet.

10-07-24  Mailed Habeas Corpus Petition to Clerk of the Circuit Court of Cook COUNTY

10-07-24  Mailed Appeal to FOIA Denial to Public Access Counselor

10-13-24  kite to EFA requesting PEP Application
kite to Property, kite Vocational Dean requesting Vocational Classes
kite to ECH 10 Gallery counselor requesting to sign up for Anger Management & any other program, why mom denied on Visiting List, kite to Chaplain requesting any and all Catholic Services information on how to participate in future feast for religious holy days, & Christian or Catholic ~~magazines~~ Magazines, Kite to Law Library FOIA Letter to FDOC Sent out.

10-15-24  kite to HCU sent requesting Hearing Screening, kite to Mental Health Letter to Kenneth Flaxman about Dental CaDS action.

10-17-24  cancelled Mental health call pass

10-18-24  receive sick call for hearing.

10-20-24  kite to Personal Property, kite to Warden Anthony wills. kite to Mental Health

10-22-24  attended Law Library

10-23-24  received ~~one one~~ one on one Mental Health evaluation. kite to Mental Health & Health Care Unit.

Kites & Miscellaneous log page 15

10/23/24 at 8:28pm - 8:29pm asked c/o Schuelter for grievance box and he said I had to submitt it myself. He did not bring the grievance box.

10/25/24 Had Nurse Sick call with Nurse Amanda complained of Upper Back Pain, Chronic Joint Pain, & Constipation Between 9:00AM & 9:30 AM ask c/o Marcum where I can submit my grievance while on my sick call call pass. C/o Marcum told me the c/o was to come around with the grievance box on 2nd Shift.

Canceled my 8:00AM Psychologis call pass was not given a reason as to why either.

@ 3:00PM Asked C/O Schuelter to bring me grievance forms.

@ 9:35pm end of c/o Schuelter's shift never came with grievance forms. Need the form for grievance concerning the totality of my conditions of confinement in General Population.

@ 10:17pm asked c/o Schuelter to bring the grievance box, he told me no he was going home. This is the Mental Health grievance

10-26-24 @ 1:48pm I asked c/o Marcum for grievance, but he said there were none - need grievance to complain about the totality of the East house conditions.

@ 4:26 pm asked c/o Schlueter to bring me grievance forms. C/o Schlueter is our 5 day gallery officer on 3-11 shift.

10-27-24 at 10:05 AM I asked C/o Marcum for grievances again and he said there

Kites and Miscellaneous page 16

10-27-24 @ 10:21AM asked Marcum again he said there were
none when he checked.
@ 12:35 pm   C/o Marcum gave me Nine (9)
Pilot Program Grievance forms.
Kite to Warden Wills, Grievance Officer,
East House 10 Gallery Counselor asking
what to do, because 2nd shift Gallery C/o
is not bringing grievance box.
Kite to law Library requesting to attend.
Kite to Chaplain requesting Communion, Reconciliation
and to attend services.
Kite to Mental Health Requesting one-on-one.
Kite to Dental & Eye Doctor.
Mailed Grievance #K4-0824-3555 to ARB.
at 10:23 pm asked C/o Schlueter to bring grievance
box he said no we're not on lockdown.

10-28-24 around 10:00AM submitted two grievances in
box clearly marked grievances. One grievance
was for mental health treatment, and conditions
in General population.

10-29-24 C/o Holcomb sent us back from law library services
early, received law Library

10-30-24 Had 9:00 AM Nurse Practioner ~~call~~ call pass
but got canceled.

10-31-24 canceled 12:15 pm video visit

11-05-24   12:00 pm Mental Health Call pass Said I wasn't able to get one on one therapy

11-03-24 kite to law Library & Personal Property.

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DEFENDANT | TYPE OF PROCESS |

**SERVE AT** { NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                    Fold

| Signature of Attorney other Originator requesting service on behalf of | ☐ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. _____ | District to Serve No. _____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*. To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Padilla, Carlos
Name

Y32600
ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1.  Is this a new civil rights complaint or habeas corpus petition?          Yes or (No)

    If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2.  Is this an Amended Complaint or an Amended Habeas Petition?          Yes or (No)

    If yes, please list case number: _____

    If yes, but you do not know the case number mark here: _____

3.  Should this document be filed in a pending case?          (Yes) or No

    If yes, please list case number: _____

    If yes, but you do not know the case number mark here: _____

4.  Please list the total number of pages being transmitted: _____

5.  If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

    Name of Document                                    Number of Pages

    Complaint w/ Jury Demand
    Order to show cause                                      88
    Declaration + Memorandum

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record.   Discovery materials sent to the Court will be returned unfiled.